# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 245D-AN-2174341

On (date) 10/4/2018

item (s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) _____

(Street Address) 1046 W. 26th Ave. #315

(City) Anchorage, AK

Description of Item (s):

1. Pyrex 2 cup measuring cup residue (white) inside.
2. digital scale w/ possible residue, silver "sharper image" model
3. ~~NUB~~
4. Samsung cell phone black
5. iPhone w/ blue & black case
6. Paperwork for rental agreement.
7. Misc ammunition
8a. magazine, Glock, .380 cal
9a. magazine, .223 cal
10a. Black Adidas bag from floor in room C.
11. 3 electronic scales with white/brown residue
12. two (2) bullets; one 9mm win luger round and one 45m auto NCC18
13A. two (2) baggies of white crystal
14. large padded envelope from coffee table & a few sandwich bags inside
15. not collected
16. $1162.00 ~~cash~~ (in nike box on nightstand)
17a. Revolver smith & wesson, mod 60 38 SPLGL, S/N 55643
18. green leafy substance found in consol of couch

Received By: No one present to sign (Signature)

Printed Name/Title: Doug Jacobs

Received From: No one present to sign (Signature)

Printed Name/Title: _____

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 245D·AN·2176341

On (date) 10/4/ 2018

item (s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) _____

(Street Address) 1046 W. 26th Ave #315

(City) Anchorage

Description of Item (s):

13B. One bag of dark substance (semi-hard texture).

19. found on nightstand. Polaroid tablet Model# PT09 8GB

20. Samsung Galaxy 8

21a. six(6) rounds .380 cal

22. white & blue pills.

17B. 5(five) bullets; four 38m SPL+P SPEER rounds and one (1) 38 SP+P R+P round

18b 3 small bags black tar substance found in blue Nike box in consol of livingroom couch.

18c white rock like substance found in console of living room couch.

18d 3 small bags of white powder found in blue Nike box found in console of livingroom couch.

18e Big bag of crystalized white substance found in blue Nike box

8b six(6) rounds .380 cal

9b 8 rounds (eight) 223 REM PAC

23. Walmart receipt for money transfer (700 USD) and Delta phone tag

24. iPAD Serial DMPW22L3J2D4

8c pistol, Glock 42, .380 cal. Sn:AAZY962

21b magazine, Glock, .380cal

9c Rifle, Sturm Ruger, Ranch Rifle, .223 cal Sn: 188-25611

25 Smith and Wesson Mod.36 Serial# 92641

Received By: No one present to sign DW (Signature)

Printed Name/Title: Doug Jacobs

Received From: no one present to sign (Signature)

Printed Name/Title: _____

FD-597 (Rev. 4-13-2015)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 245D-AX-2176341

On (date): 10/4/2018

item (s) listed below were:
- ☒ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☐ Released To

(Name) _____

(Street Address) 1046 W. 26th Ave #315

(City) Anchorage

_____

Description of Item (s): _____

10b. Cash from suspect wallet found in black Adidas bag (item 10)

10c. Cards from wallet found inside item 10a

Nothing Follows

Received By: No one present to sign LW
(Signature)

Printed Name/Title: Doug Jacobs

Received From: No one present to sign
(Signature)

Printed Name/Title: _____